Cynthia Louise THOMPSON, Respondent,

v.

Daniel Patrick JOBES, Appellant.

No. WD 61688.

Missouri Court of Appeals, Western District.

Sept. 30, 2003.

James F. Crews, Tipton, MO, for Appellant.

Daniel J. Pingelton, Columbia, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER.

### ORDER

PER CURIAM.

Mr. Daniel Patrick Jobes appeals from the judgment of the circuit court, which denied his motion to set aside a judgment that modified his child support obligation. For the reasons set forth in the memoran-

not a further transcription of arguments made

days and weeks after it was completed.

dum provided to the parties, we affirm. Rule 84.16(b).